**Exhibit C**



# Invoice

| Date | Invoice # |
|---|---|
| 7/15/2021 | 1902909 |

| Bill To |
|---|
| Marywood University<br>ATTN: NICOLE VILOGI-DIPIETRO<br>2300 Adams Avenue<br>Scranton, PA  18509-1598 |

| Terms | Due Date |
|---|---|
| Due on receipt | 7/15/2021 |

| Description | Credit Amount | 50% Fees Due |
|---|---|---|
| CARES Act Employee Retention Credit<br>Delivered: 07/15/2021<br>Cumulative ERTC Generated: $6,012,944.15<br>Fee Rate= 15%<br>Total Fees Due= $901,941.62 | 6,012,944.15 | 450,970.81 |

Please Remit Payment to:
Synergi Partners Inc.
Synergi CARES
P. O. Box 5599
Florence, SC 29502-5599

Wire/ACH Instructions:
Synergi Partners Inc.
Carolina Bank
P. O. Box 1028
Darlington, SC 29540
Routing: 053207216
Account: 1800101750

| Invoice Total | $450,970.81 |
|---|---|
| Payment Schedule | |
| 50% Payment: Due upon Receipt<br>Balance: Due in 90 days | |

*Please contact your Tax Service Manager with any questions or concerns:*

*Steven Toniolo*          *stoniolo@synergipartners.com*



# Invoice

| Date | Invoice # |
|---|---|
| 7/15/2021 | 1902910 |

| Bill To |
|---|
| Marywood University<br>ATTN: NICOLE VILOGI-DIPIETRO<br>2300 Adams Avenue<br>Scranton, PA  18509-1598 |

| Terms | Due Date |
|---|---|
| Net 90 | 10/13/2021 |

| Description | Credit Amount | 50% Fees Due |
|---|---|---|
| CARES Act Employee Retention Credit<br>Delivered: 07/15/2021<br>Cumulative ERTC Generated: $6,012,944.15<br>Fee Rate= 15%<br>Total Fees Due= $901,941.62 | 6,012,944.15 | 450,970.81 |

Please Remit Payment to:
Synergi Partners Inc.
Synergi CARES
P. O. Box 5599
Florence, SC 29502-5599

Wire/ACH Instructions:
Synergi Partners Inc.
Carolina Bank
P. O. Box 1028
Darlington, SC 29540
Routing: 053207216
Account: 1800101750

| Invoice Total | $450,970.81 |
|---|---|
| Payment Schedule | |
| 50% Payment: Due upon Receipt<br>Balance: Due in 90 days | |

*Please contact your Tax Service Manager with any questions or concerns:*

*Steven Toniolo*        *stoniolo@synergipartners.com*