## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

MARYWOOD UNIVERSITY,

        Plaintiff,

   v.                          No. 3:22-cv-00991-JFS

SYNERGI PARTNERS, INC.,

        Defendant.

_____

### NOTICE OF DISMISSAL WITH PREJUDICE

To The Clerk:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), kindly dismiss the above-captioned action with prejudice. The parties have settled this action on mutually agreeable terms.

                                          KLEHR HARRISON
                                          HARVEY BRANZBURG LLP

Dated: July 6, 2022               //s// William J. Clements (Pa. 86348)
                                          1835 Market Street, 14th Floor
                                          Philadelphia, PA 19103
                                          Ph   (215) 569-2700
                                          Fax  (215) 568-6603
                                          wclements@klehr.com

                                          *Attorneys for Plaintiff,*
                                          *Marywood University*

10068816.v1